# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KENNETH COUNTS,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:11-cv-01571-JAD-GWF

**O R D E R**

    Petitioner has paid the filing fee. The court has reviewed the petition for a writ of habeas corpus (Doc. 1) pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will serve the petition upon respondents for a response.

    **IT IS THEREFORE ORDERED** that the clerk shall add Catherine Cortez Masto, Attorney General for the State of Nevada, as counsel for respondents.

    **IT IS FURTHER ORDERED** that the clerk shall electronically serve upon respondents a copy of the petition (Doc. 1) and this order. In addition, the clerk shall return to petitioner a copy of the petition (Doc. 1).

    **IT IS FURTHER ORDERED** that respondents shall have forty-five (45) days from the date on which the petition was served to answer or otherwise respond to the petition. If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

1    **IT IS FURTHER ORDERED** that any exhibits filed by the parties shall be filed with a
2 separate index of exhibits identifying the exhibits by number or letter.  The CM/ECF attachments
3 that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits
4 in the attachment.  The hard copy of any additional state court record exhibits shall be
5 forwarded—for this case—to the staff attorneys in Las Vegas.
6    **IT IS FURTHER ORDERED** that henceforth, petitioner shall serve upon respondents or,
7 if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion
8 or other document submitted for consideration by the court.  Petitioner shall include with the
9 original paper submitted for filing a certificate stating the date that a true and correct copy of the
10 document was mailed to the respondents or counsel for the respondents.  The court may disregard
11 any paper received by a district judge or magistrate judge that has not been filed with the clerk, and
12 any paper received by a district judge, magistrate judge, or the clerk that fails to include a certificate
13 of service.
14    DATED:   November 8, 2013.

_____
Jennifer Dorsey
United States District Judge