# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KENNETH COUNTS,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:11-cv-01571-JAD-GWF

**O R D E R**

    Respondents having submitted a motion for enlargement of time (second request) (Doc. 17), and good cause appearing;

    **IT IS THEREFORE ORDERED** that respondents' motion for enlargement of time (second request) (Doc. 17) is **GRANTED**.  Respondents shall have through February 21, 2014, to file and serve an answer or other response to the petition.

    DATED:   January 22, 2014.

_____
JENNIFER A. DORSEY
United States District Judge