# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KENNETH COUNTS,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:11-cv-01571-JAD-GWF

**ORDER**

    Petitioner has submitted a motion for judgment on the pleadings (Doc. #19).  He argues that respondents have failed to comply with the court's order that they file an answer or other response by January 22, 2014.  The court denies this motion because the court has extended the time for filing and service of an answer or other response through February 21, 2014.  Order (Doc. #18).

    **IT IS THEREFORE ORDERED** that petitioner's motion for judgment on the pleadings (Doc. #19) is **DENIED**.

    DATED:   January 30, 2014.

                                                                 JENNIFER A. DORSEY
                                                                 United States District Judge